IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

UNITED STATES OF AMERICA                                              PLAINTIFF

v.                                    Case No. 1:19-cr-10015

TRACY WRIGHT, JR.                                                     DEFENDANT

## ORDER

Before the Court is a Report and Recommendation ("R&R") issued by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. ECF No. 50. Judge Byrant recommends that Defendant Tracy Wright Jr.'s Motion to Reduce Sentence (ECF No. 43) be denied for failure to exhaust administrative remedies and for failure to satisfy the requirements for a sentence reduction.

Defendant has not filed an objection to the R&R, and the time to do so has passed. *See* 28 U.S.C. § 636(b)(1). Upon review, finding no error on the face of the record and that Judge Byrant's reasoning is sound, the Court adopts the R&R (ECF No. 50) in toto. Defendant's Motion to Reduce Sentence (ECF No. 43) is hereby **DENIED**.

**IT IS SO ORDERED**, this 7th day of February, 2025.

/s/ Susan O. Hickey
Susan O. Hickey
Chief United States District Judge