AO 245D (Rev. 11/16)   Judgment in a Criminal Case for Revocations
Sheet 1

# UNITED STATES DISTRICT COURT

Western District of Arkansas

| | |
|---|---|
| UNITED STATES OF AMERICA<br>v. | **Judgment in a Criminal Case**<br>(For **Revocation** of Probation or Supervised Release) |

TRACY WRIGHT JR.

Case No.   1:19CR10015-001

USM No.   15556-010

Alex Wynn
_____
Defendant's Attorney

## THE DEFENDANT:

☒ admitted guilt to violation of conditions    as outlined below    of the term of supervision.

☐ was found in violation of condition(s) count(s) _____ after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| One | Mandatory Condition #3: Controlled Substance Use | January 8, 2025 |
| Two | Mandatory Condition #3: Controlled Substance Use | February 20, 2025 |
| Three | Special Condition #2: Fail to Comply w/ Substance Abuse Treatment | |
| | Special Condition #3: Fail to Comply w/ Mental Health Treatment | February 24, 2025 |
| Four | Mandatory Condition #3: Controlled Substance Use | March 7, 2025 |
| Five | Mandatory Condition #3: Controlled Substance Use | June 11, 2025 |
| Six | Special Condition #2: Fail to Comply w/ Substance Abuse Treatment | |
| | Special Condition #3: Fail to Comply w/ Mental Health Treatment | April 9, 2025 |
| Seven | Standard Condition #7: Fail to Notify USPO of Change to Employment | June 13, 2025 |

The defendant is sentenced as provided in pages 2 through  3  of this judgment.  The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has not violated condition(s) _____ and is discharged as to such violation(s) condition.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.  If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Last Four Digits of  Defendant's  Soc. Sec.   1292

Defendant's Year of Birth:   1994

City and State of Defendant's Residence:
Crossett, Arkansas

April 7, 2026
_____
Date of Imposition of Judgment

/s/ Susan O. Hickey
_____
Signature of Judge

Susan O. Hickey, U.S. District Court
_____
Name and Title of Judge

April 7, 2026
_____
Date

AO 245D (Rev. 11/16)    Judgment in a Criminal Case for Revocations

Sheet 1A

Judgment—Page __2__ of __3__

DEFENDANT:        TRACY WRIGHT JR.
CASE NUMBER:    1:19CR10015-001

## ADDITIONAL VIOLATIONS

| Violation Number | Nature of Violation | Violations Ended |
|---|---|---|
| Eight | Mandatory Condition #3: Controlled Substance Use | July 2, 2025 |
| Nine | Special Condition #2: Fail to Comply with Substance Abuse Treatment | July 27, 2025 |
| Ten | Mandatory Condition #3: Controlled Substance Use | November 20, 2025 |
| Eleven | Mandatory Condition #3: Controlled Substance Use | December 17, 2025 |
| Twelve | Mandatory Condition #3: Controlled Substance Use | February 12, 2026 |
| Thirteen | Mandatory Condition #3: Controlled Substance Use | March 4, 2026 |
| Fourteen | Mandatory Condition #3: Controlled Substance Use | |
| | Special Condition #2: Fail to Comply with Substance Abuse Treatment | March 16, 2026 |

AO 245D (Rev. 11/16)    Judgment in a Criminal Case for Revocations

AO 245D (Rev. 11/16)    Judgment in a Criminal Case for Revocations
                        Sheet 2— Imprisonment

Judgment — Page ___3___ of ___3___

DEFENDANT:       TRACY WRIGHT JR.
CASE NUMBER:     1:19CR10015-001

## IMPRISONMENT

The defendant is hereby committed to the custody of the Federal Bureau of Prisons to be imprisoned for a total term of :

**Twelve (12) months and one (1) day with credit for time served in federal custody. There will be no term of supervised release to follow.**

☒   The court makes the following recommendations to the Bureau of Prisons:

The court recommended the defendant be able to participate in substance abuse and mental health treatment programs. The court also recommended the defendant be housed at FCI Texarkana or as close to South Arkansas as possible.

☒   The defendant is remanded to the custody of the United States Marshal.

☐   The defendant shall surrender to the United States Marshal for this district:

  ☐   at _____   ☐ a.m.   ☐ p.m.   on _____ .

  ☐   as notified by the United States Marshal.

☐   The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

  ☐   before 2 p.m. on _____ .

  ☐   as notified by the United States Marshal.

  ☐   as notified by the Probation or Pretrial Services Office.

### RETURN

I have executed this judgment as follows:

_____

_____

_____

Defendant delivered on _____   to _____

at _____   with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
    DEPUTY UNITED STATES MARSHAL